## Commonwealth *v.* Carter, Appellant.

Argued December 3, 1973. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, CERCONE, and SPAETH, JJ. (SPAULDING, J., absent).

*Lenard H. Sigal,* for appellant.

*David Richman,* Assistant District Attorney, with him *James T. Ranney,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 24, 1975:

This case is remanded to the lower court for reconsideration of appellant's claim that his sentence must be reduced, in light of the Supreme Court's decision in *Commonwealth v. Santiago,* 462 Pa. 228, 340 A.2d 440 (1975).